1  PETER O. GLAESSNER, State Bar No. 93830
   pog@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Telephone:     (510) 433-2600
   Facsimile:     (510) 433-2699
5
   Attorneys for Defendants DONALD VIVATSON,
6  individually and dba ALDER POOL AND
   LANDSCAPING, a sole proprietorship
7
   (Sued erroneously herein as DONALD VIVATSON
8  aka DON VIVATSON dba ALDER GROUP, an
   individual and ALDER POOL & LANDSCAPE,
9  INC., a California corporation)

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  ALBERTO GARCIA and ELIDIO            Case No.  CV 12 2684 DMR
    PINEDA,                               [PROPOSED] ORDER ON
14                                       **STIPULATION TO EXTEND TIME TO**
              Plaintiffs,                **ANSWER THE COMPLAINT**
15
    v.
16                                       **Civil Local Rule 5 and 6-1**
    DONALD VIVATSON aka DON
17  VIVATSON dba ALDER GROUP, an
    individual;
18
    ALDER POOL & LANDSCAPE, INC., a
19  California corporation,

20            Defendants.

21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

31096-42007 -- 612510.1                       STIPULATION FOR EXT. OF TIME
                                                          CV 12 2684 DMR

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate to extend time for Defendants to answer the complaint in this matter through July 13, 2012. The parties so stipulate to allow counsel retained by defendant sufficient time to review the pleadings and to evaluate the claims therein.

DATED: June 27, 2012

By: */s/ Martin Zurada*
MARTIN ZURADA
Attorneys for Plaintiffs ALBERTO
GARCIA and ELIDIO PINEDA

DATED: June 27, 2012                    LOMBARDI, LOPER & CONANT, LLP

By: */s/ Peter O. Glaessner*
PETER O. GLAESSNER
Attorneys for Defendants
DONALD VIVATSON individually and
dba ALDER POOL AND
LANDSCAPING, a sole proprietorship

(Sued erroneously herein as DON
VIVATSON dba ALDER GROUP, an
individual; ALDER POOL &
LANDSCAPE, INC., a California
corporation)

**O R D E R**

The foregoing stipulated matters are so ordered.

DATED: July 2, 2012

_____
UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU

IT IS SO ORDERED
Judge Donna M. Ryu

00001-00POG POG 612510.1        - 2 -        STIPULATION FOR EXT. OF TIME
                                             CV 12 2684 DMR