PETER O. GLAESSNER, State Bar No. 93830
pog@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:	(510) 433-2600
Facsimile:	(510) 433-2699

Attorneys for Defendants, DONALD VIVATSON individually and dba ALDER POOL & LANDSCAPING, a sole proprietorship

(Sued erroneously herein as DONALD VIVATSON aka DON VIVATSON dba ALDER POOL & LANDSCAPE, INC., a California corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GARCIA and ELIDIO PINEDA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD VIVATSON aka DON VIVATSON dba ALDER GROUP, an individual; ALDER POOL & LANDSCAPE, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | Case No.  CV 12-2684 ~~DMR~~<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; EXTENSION OF RULE 26 DISCLOSURE DEADLINES** |

The parties, through their counsel of record, hereby stipulate as follows:

1.	A case management conference is currently scheduled for September 5, 2012 herein.

2.	After investigation of this matter, and consultation between the clients and their respective counsel, the parties wish to mediate the dispute prior to the case management conference.  If mediation successfully resolves the case, then no case management conference will be necessary.

/ / /

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1.    3. The parties therefore stipulate as follows:

      a) The initial case management conference shall be continued approximately 45 days, to a date selected by the court;

      b) All Rule 26 disclosures, *other* than related to documents, shall be extended, consistent with the new case management conference date selected by the court.

      c) The parties shall make their Rule 26 document disclosure and produce such documents, no later than August 10;

      d) The parties shall select a mediator from the Northern District list of employment mediators no later than August 10, and so notify the court in writing by letter;

      e) Plaintiffs shall provide defendant with a written statement of their claims, as well as how they calculate their claims no later than August 10. Defendant shall provide plaintiff with a written statement of defenses no later than August 24. Such statements are intended for purposes of the mediation only and is not admissible in the event there is no settlement reached.

DATED: August 1, 2012

      By:   */s/ Martin Zurada*
           MARTIN ZURADA
           Attorneys for Plaintiffs, ALBERTO GARCIA and ELIDIO PINEDA

DATED: July 30, 2012     LOMBARDI, LOPER & CONANT, LLP

      By:   */s/ Peter O. Glaessner*
           PETER O. GLAESSNER
           Attorneys for Defendants, DONALD VIVATSON individually and dba ALDER POOL & LANDSCAPING, a sole proprietorship

///
///
///
///

**O R D E R**

Good cause appearing, the September 5, 2012 case management conference is vacated and re-scheduled for  11/2/12 @ 2:30 p.m.  . All other Rule 26 deadlines are extended to correspond with this re-scheduled date.

**IT IS SO ORDERED**.

Dated:  8/8/12

_____
HONORABLE ~~DONNA M. RYU~~
JUDGE OF THE UNITED STATES
DISTRICT COURT

LOMBARDI, LOPER & CO NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

31096-42007 POG 613334.1

- 3 -

STIPULATION TO CONTINUE CMC
CASE NO. CV 12-2684 DMR