IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCONGPS INC INC,<br><br>          Plaintiff,<br><br>   v.<br><br>STAR SENSOR LLC,<br><br>          Defendant.<br>_____/ | No. C 11-03975 SI<br><br>**PRETRIAL PREPARATION ORDER** |

   It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 30, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 21, 2013.

DESIGNATION OF EXPERTS: April 18, 2013; REBUTTAL: June 6, 2013.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 18, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by June 21, 2013;

     Opp. Due July 5, 2013;  Reply Due July 12, 2013;

      and set for hearing no later than July 26, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 3, 2013 at 3:30 PM.

JURY TRIAL DATE: September 16, 2013 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/13/12

                              SUSAN ILLSTON
                              United States District Judge

**United States District Court**
For the Northern District of California